## WISE V. THE STATE.
### (Decided Nov. 28, 1912.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. FRANK CAHALAN.

McARTHUR & HOWARD, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## CARLETON V. THE STATE.
### (Decided Feb. 13, 1913.)

APPEAL from Wilcox Circuit Court.

Heard before Hon. B. M. MILLER.

MILLER, BONNER & MILLER, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Abated on motion of the Attorney General.

---

## EX PARTE DEW.
### (Decided Feb. 11, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, for appellant.

Per curiam. Appeal dismissed for want of prosecution.

---

## EX PARTE DUNCAN.
### (Decided Feb. 11, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, for appellant.

Per curiam. Appeal dismissed for want of prosecution.